**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2037<br>NEWARK, NJ 07101<br>973-297-4887 |

September 6, 2011

### LETTER ORDER

Re:   **Hoffmann-LaRoche, Inc. v. Mylan Inc., et al.**
      **Civil Action Nos. 09-1692 (ES) & 11-3276 (ES)**

Dear Counsel:

The Court is in receipt of Plaintiff's letters regarding (1) the declarations submitted by Defendants in opposition to Plaintiff's preliminary injunction application and (2) the production of certain documents.

Defendants shall file a responsive letter by 10 AM on Wednesday.

The Court will conduct a telephone conference on Wednesday at 3 PM.

Plaintiff shall initiate the call.

**SO ORDERED.**

                                              *s/Esther Salas*
                                              **Esther Salas, U.S.D.J.**