UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY



HOFFMANN-LA ROCHE INC.,

    Plaintiff,

v.

MYLAN INC. and
MYLAN PHARMACEUTICALS INC.,

    Defendants.

Civil Action No. 2:09-CV-1692 (ES)(CLW)
Civil Action No. 2:11-CV-3276 (ES)(CLW)

## [Proposed] ORDER OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and pursuant to and based on the stipulation of the parties, it is hereby ORDERED that these actions, including all claims, counterclaims and defenses, are dismissed. The parties shall bear their own costs.

**SO ORDERED:**

This _20th_ day of _September_, 2011

_____
Honorable Esther Salas
United States District Court Judge

4